[No. 59022-7-I.   Division One.   November 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL J. FUENTES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-01811-3, Theresa B. Doyle, J., entered October 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59029-4-I.   Division One.   November 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN M. LANDRY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00469-2, David A. Kurtz, J., entered October 18, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59474-5-I.   Division One.   November 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00612-4, Laura Gene Middaugh, J., entered December 14, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 32729-5-II.   Division Two.   November 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE KYLLO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00819-8, James J. Stonier, J., entered December 16, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.